8/7/2007 11:42 AM    Call Records for REDACTED CDR    1 of 54

| Customer PTN | Date | Call Initiation Time | Duration (sec) | Type | Forwarded | 911 | International | Caller / Called PTN | Originating Cell Site | Terminating Cell Site |
|---|---|---|---|---|---|---|---|---|---|---|
| REDACTED | 1-May-2007 | 12:07 PM | 4 | Outbound | No | No | No | REDACTED | NMA1708R_IN1O2S3O_(NENG-2) 4361 49874 | NMA1708R_IN1O2S3O_(NENG-2) 4361 49874 |
| | 1-May-2007 | 12:28 PM | 214 | Inbound | No | No | No | | NMA1708R_IN1O2S3O_(NENG-2) 4361 49874 | NMA1708R_IN1O2S3O_(NENG-2) 4361 49874 |
| | 1-May-2007 | 5:57 PM | 3 | Outbound | No | No | No | | NMA1708R_IN1O2S3O_(NENG-2) 4361 49875 | NMA1708R_IN1O2S3O_(NENG-2) 4361 49875 |
| | 1-May-2007 | 5:57 PM | 32 | Outbound | No | No | No | | NMA1708R_IN1O2S3O_(NENG-2) 4361 49875 | NMA1708R_IN1O2S3O_(NENG-2) 4361 49875 |
| | 1-May-2007 | 5:59 PM | 1202 | Outbound | No | No | No | | NMA1708R_IN1O2S3O_(NENG-2) 4361 49875 | NMA1708R_IN1O2S3O_(NENG-2) 4361 49875 |
| | 1-May-2007 | 6:43 PM | 88 | Inbound | No | No | No | | NMA2207R_IBBEACHAM_(NENG-2) 4361 64135 | NMA2207R_IBBEACHAM_(NENG-2) 4361 64135 |
| | 2-May-2007 | 1:42 PM | 286 | Inbound | No | No | No | | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 |
| | 2-May-2007 | 3:28 PM | 93 | Outbound | No | No | No | | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 |
| | 2-May-2007 | 3:37 PM | 722 | Inbound | No | No | No | | NMA2115R_INMILLHILL_(NENG-2) 4361 64220 | NMA2115R_INMILLHILL_(NENG-2) 4361 64220 |
| | 2-May-2007 | 4:33 PM | 47 | Outbound | No | No | No | REDACTED | NMA0014R_INCHELSEA_(NENG-2) 4361 4796 | NMA0014R_INCHELSEA_(NENG-2) 4361 4796 |
| | 2-May-2007 | 4:39 PM | 9 | Outbound | No | No | No | | NMA2034R_IBORIENHGT_(NENG-2) 4361 52376 | NMA2034R_IBORIENHGT_(NENG-2) 4361 52376 |
| | 2-May-2007 | 4:40 PM | 23 | Outbound | No | No | No | | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 |
| | 2-May-2007 | 6:07 PM | 6 | Outbound | No | No | No | | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 |
| | 2-May-2007 | 6:09 PM | 125 | Outbound | No | No | No | | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 |
| | 2-May-2007 | 6:12 PM | 65 | Outbound | No | No | No | | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 |
| | 2-May-2007 | 6:18 PM | 85 | Inbound | No | No | No | | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 | NMA0127R_IBBROOKLIN_(NENG-2) 7011 49611 |
| | 3-May-2007 | 9:11 AM | 62 | Inbound | No | No | No | | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 |
| | 3-May-2007 | 11:53 AM | 14 | Outbound | No | No | No | | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 |
| | 3-May-2007 | 12:04 PM | 497 | Outbound | No | No | No | | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 |
| | 3-May-2007 | 12:44 PM | 601 | Inbound | No | No | No | | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 |
| | 3-May-2007 | 1:36 PM | 281 | Inbound | No | No | No | | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 |
| | 3-May-2007 | 1:40 PM | 6 | Outbound | No | No | No | | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 | NMA0746S_IN23_MYSTC_(NENG-2) 4361 24083 |