IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER DIRECTING A PROVIDER OF ELECTRONIC COMMUNICATION SERVICE TO DISCLOSE RECORDS TO THE GOVERNMENT | ) ) ) ) ) ) ) ) | Criminal Docket No. 07-524M<br><br>Judge Terrence F. McVerry |

**BRIEFING ORDER**

Currently pending is the Government's appeal from a February 19, 2008 Opinion by Magistrate Judges of this Court. This action presents, as a matter of first impression in this Circuit, issues regarding the Government's entitlement to cell-phone-derived location information, by *ex parte* Order under the provisions of electronic communications legislation and absent a showing of probable cause. Owing to the importance and novelty of these issues, the Court is of the opinion that further briefing is warranted.

Accordingly, it is hereby ORDERED that:

(1) The Electronic Frontier Foundation, Professor Susan Freiwald, and the Federal Public Defender for the Western District of Pennsylvania, are appointed *amici curiae*;

(2) Said *amici*, together with such other interested organizations and persons as may join in their filings, including but not limited to the Electronic Privacy Information Center and the Center for Democracy and Technology, are hereby invited to submit Briefs to the Court on or before thirty (30) days from the date of this Order; and

(3) Said *amici* shall be added to the Case ECF Docket as Attorneys to be Noticed as follows:

| | |
|---|---|
| Electronic Frontier Foundation<br>Jennifer Granick, Esq.<br>454 Shotwell St.<br>San Francisco, CA 94110-1914<br>(415) 436-9333<br>Email: jennifer@eff.org | Professor Susan Freiwald<br>Univ. of San Francisco School of Law<br>2130 Fulton St.<br>San Francisco, CA 94117<br>(415) 422-6467<br>Email: freiwald@usfca.edu |

Federal Public Defender for the Western District of Pennsylvania
Lisa Freeland, Esq.
1450 Liberty Center
1001 Liberty Ave.
Pittsburgh, PA 15222
(412) 644-6565
Email: lisa_freeland@fd.org


Dated: May 2, 2008                                                     BY THE COURT:


                                                              /s/ Terrence F. McVerry
                                                              Terrence F. McVerry
                                                              U. S. District Judge