Lee Tien (California Bar No. 148216)
tien@eff.org
Jennifer S. Granick (California Bar No. 168423)
Jennifer@eff.org
Kevin Bankston (California Bar No. 217026)
Kevin@eff.org
Matt Zimmerman (California Bar No. 212423)
mattz@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993


Attorneys for Amicus
ELECTRONIC FRONTIER FOUNDATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER DIRECTING A PROVIDER OF ELECTRONIC COMMUNICATION SERVICE TO DISCLOSE RECORDS TO THE GOVERNMENT | CRIMINAL DOCKET NO. 07-524M  **[PROPOSED] ORDER EXTENDING TIME TO FILE *AMICI* BRIEFING**  Judge Terrence F. McVerry |

GOOD CAUSE HAVING BEEN SHOWN and pursuant to Federal Rule of Civil Procedure 6, it is hereby ordered that:

*Amici curiae* Electronic Frontier Foundation, Professor Susan Freiwald, and Federal Defender Lisa Freewald together with such other interested organizations and persons as may join in their filings, including but not limited to the Electronic Privacy Information Center and the Center for Democracy and Technology, may submit Briefs to the Court on or before July 3, 2008.

DATE: May 16, 2008

By: s/ Terrence F. McVerry
Hon. Judge Terrence F. McVerry