IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER DIRECTING A PROVIDER OF ELECTRONIC COMMUNICATION SERVICE TO DISCLOSE RECORDS TO THE GOVERNMENT | ) Magistrate's No. 07-524M<br>)<br>) Electronically Filed<br>)<br>)<br>) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Third Circuit the Memorandum Order that was signed and entered on the docket September 10, 2008 (Document 31) in the above referenced matter.

Dated:   October 10, 2008

                                                      Respectfully submitted,

                                                      MARY BETH BUCHANAN
                                                      United States Attorney

                                                      /s/Robert L. Eberhardt
                                                      Robert L. Eberhardt
                                                      Assistant United States Attorney